# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ATLANTIC RICHFIELD COMPANY,**

    **Plaintiff,**

v.                                                                                                          Civ. No. 15-56 DHU/KK

**UNITED STATES OF AMERICA,** *et al.***,**

    **Defendants.**

### ORDER CHANGING THE MODE OF THE OCTOBER 17, 2022, STATUS CONFERENCE FROM TELEPHONIC TO VIDEO AND PROVIDING NOTICE OF ZOOM INFORMATION

The Court will hold a status conference on **Monday, October 17, 2022, at 10:30 a.m. MDT.** *See* (Docs. 260, 262). The status conference will be held by **Zoom videoconferencing**[1] with all participants appearing remotely. Participants should use the following information to connect to the proceeding:

Join ZoomGov Meeting
https://nmd-uscourts.zoomgov.com/j/1619690662

Meeting ID: 161 969 0662
Passcode: 486718
One tap mobile
+16692545252,,1619690662#,,,,*486718# US (San Jose)
+16468287666,,1619690662#,,,,*486718# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 161 969 0662
Passcode: 486718
Find your local number: https://nmd-uscourts.zoomgov.com/u/acOC2PgcnY

---

[1] This order modifies the mode of the status conference from telephonic to Zoom videoconferencing. *See* (Doc. 262).

1

Join by SIP
1619690662@sip.zoomgov.com

Participants should connect to the proceeding **no earlier than fifteen (15) minutes but no later than ten (10) minutes** before it is scheduled to start to resolve any connectivity issues. Participants are encouraged to use a headset to reduce static and background noise; if not using a headset, participants must ensure that the audio feed at their location is muted when not speaking.

<span style="color:red">***Recording or broadcasting of this conference is prohibited.***</span>

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE