# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ATLANTIC RICHFIELD COMPANY,**

   **Plaintiff,**

      v.                                                           Civ. No. 15-56 DHU/KK

**UNITED STATES OF AMERICA,**
*et al.*,

   **Defendants.**

## ORDER SETTING SCHEDULING CONFERENCE

THIS MATTER comes before the Court on review of the parties' joint status report filed on December 1, 2022. (Doc. 265.) In the joint status report, the parties request a scheduling conference to discuss Phase II discovery and case management deadlines. (*Id*.)

It is hereby ORDERED that a scheduling conference before Judge Khalsa is set for **Friday, December 16, 2022, at 9:30 a.m. MT**. Prior to the conference, counsel must confer in good faith and be prepared to present at the conference their proposed stipulated and/or opposed case management deadlines. Counsel should also be prepared to make or oppose any requests to divide Phase II discovery into sub-phases.

The scheduling conference will be held by **Zoom videoconferencing** with all participants appearing remotely. Participants should use the following information to connect to the proceeding:

   Join ZoomGov Meeting
   https://nmd-uscourts.zoomgov.com/j/1602930683

   Meeting ID: 160 293 0683
   Passcode: 231181

One tap mobile
+16692545252,,1602930683#,,,,*231181# US (San Jose)
+16468287666,,1602930683#,,,,*231181# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 160 293 0683
Passcode: 231181
Find your local number: https://nmd-uscourts.zoomgov.com/u/adwQdbshzm

Join by SIP
1602930683@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 293 0683
Passcode: 231181

Participants should connect to the proceeding **no earlier than fifteen (15) minutes but no later than five (5) minutes** before it is scheduled to start to resolve any connectivity issues. Participants are encouraged to use a headset to reduce static and background noise; if not using a headset, participants must ensure that the audio feed at their location is muted when not speaking.

***Recording or broadcasting of this conference is prohibited.***

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE